## COURT OF APPEALS.

SMITH STEERE, JR. agt. ALANSON MILLER.

*A party* cannot recover *his fees as a witness* of his adversary.

*June Term,* 1865.

The decision of the supreme court in this case, which

is reported in *volume* 28 *of these reports, page* 266, was affirmed by the court of appeals at the June term, 1865. It is therefore settled that a party to an action is not entitled to fees *as a witness* of his adversary, when he succeeds in the action, for testifying in his own behalf, notwithstanding he makes an affidavit that he would not have attended the trial but for the purpose of being such witness.